**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAVID EMMETT MCCARTHY,<br>*Plaintiff*<br><br>v.<br><br>CONNECTICUT STATE COLLEGES AND UNIVERSITIES,<br>BOARD OF REGENTS FOR HIGHER EDUCATION,<br>DR. O. JOHN MADUKO,<br>DR. KAREN HYNICK,<br>DEAN PAULA DOWD,<br>DEAN ROSE ELLIS,<br>DIRECTOR BIENVENIDO TABUZO,<br>PROFESSOR LYNETTE PALM,<br>COMPLIANCE OFFICER CYNTHIA ISALES, J.D., C.C.E.P.<br>In their official capacities,<br>*Defendants* | : | CIVIL NO. 3:25-CV-01222-SFR<br><br>JANUARY 12, 2026 |

**<u>MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Defendants: Connecticut State Colleges and Universities; Board of Regents for Higher Education; and official capacity Defendants: Dr. O. John Maduko; Dr. Karen Hynick; Paula Dowd, Dean; Rose Ellis, Dean; Bienvenido Tabuzo, Director; Lynette Palm, Professor; and Cynthia Isales, Compliance Officer, J.D., C.C.E.P., hereby move for an extension of time until and including January 30, 2026, to file a response regarding the Plaintiff's Motion for Preliminary Injunction dated December 26, 2025 (ECF# 20).

This is the first extension of time sought to respond to the Plaintiff's Motion for Preliminary Injunction.

This extension is requested for several reasons, including:

1. Defendants' response is currently due on January 16, 2026.

2. Counsel for the Defendants has numerous other matters with competing deadlines, including other state and federal court matters.

3. Defendant Bienvenido Tabuzo is out of the country, returning on January 20, 2026. Undersigned Counsel needs to confer with Defendant Tabuzo about the Plaintiff's allegations and to obtain an Affidavit related thereto in support of the Defendants' response to the Plaintiff's Motion for Preliminary Injunction.

4. Plaintiff **OBJECTS** to this requested extension.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request the Court grant this motion.

DEFENDANTS,
CONNECTICUT STATE COLLEGES AND UNIVERSITIES; BOARD OF REGENTS FOR HIGHER EDUCATION; DR. O. JOHN MADUKO; DR. KAREN HYNICK; DEAN PAULA DOWD; DEAN ROSE ELLIS; DIRECTOR BIENVENIDO TABUZO; PROFESSOR LYNETTE PALM; COMPLIANCE OFFICER CYNTHIA ISALES, J.D., C.C.E.P

WILLIAM TONG
ATTORNEY GENERAL

BY:*/s/ Alina Bricklin-Goldstein*
Alina Bricklin-Goldstein
Fed. Bar: #ct31266
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
alina.bricklin-goldstein@ct.gov

**CERTIFICATION**

I hereby certify that on January 12, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Alina Bricklin-Goldstein*
Alina Bricklin-Goldstein
Assistant Attorney General